1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| SHANA HOLMES ) | |
| ) | 1:05-cv-01521 FVS SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 30, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, November 29, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: May 31, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: June 1, 2006 | MCGREGOR SCOTT |
| 4 | | United States Attorney |
| 5 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile) |
| 6 | | KRISTI C. KAPETAN<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  6/5/2006              /s/ Sandra M. Snyder

_____
SANDRA M. SNYDER
United States Magistrate Judge