1 Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| SHANA HOLMES ) | 1:05-CV-1521 FVS SMS |
| ) Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| vs. ) | |
| JO ANNE B. BARNHART, ) Commissioner of Social ) Security, ) | |
| ) Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 24, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 23, 2006        /s/ Gina Fazio

                              GINA FAZIO, ESQ.
                              Attorney for Plaintiff

1 | Dated: October 23, 2006
2 | MCGREGOR SCOTT
United States Attorney
3 | By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
4 | KRISTI C. KAPETAN
Assistant U.S. Attorney
5 |
6 | IT IS SO ORDERED.
7 | **Dated:   October 23, 2006**         /s/ **Sandra M. Snyder**
icido3                                        UNITED STATES MAGISTRATE JUDGE
8 |